No. 98–6152. SHAMSIDEEN v. PRICE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–6157. BERRIEN v. SHANKS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6162. GLOVER v. PUCKETT. Sup. Ct. Wis. Certiorari denied.

No. 98–6164. HICKS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–6166. GREEN v. GERARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6170. GRANT v. WHITE, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–6173. HOWARD v. SHARPE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 98–6174. DARDEN v. CITY OF BERKELEY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6177. MONTFORD v. METROPOLITAN DADE COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6178. MONTFORD v. METROPOLITAN DADE COUNTY POLICE DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6182. BARNES v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 98–6188. RANSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–6189. RANSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–6190. GLISSON v. UNITED STATES FOREST SERVICE ET AL. C. A. 7th Cir. Certiorari denied.